1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 NARINDERJIT KHINDA,              )
   RANJIT SINGH,                    )  No. C 08-2516 JSW
13                                  )
                  Plaintiffs,       )
14                                  )  **STIPULATION TO EXTEND DATES;**
           v.                       )  **and [PROPOSED] ORDER**
15                                  )
   MICHAEL CHERTOFF, Secretary,     )
16 Department of Homeland Security; )
   U.S. Citizenship and Immigration Services; )
17 EMILIO T. GONZALEZ, Director,    )
   U.S. Citizenship and Immigration; )
18 GERARD HEINAUER, Director,       )
   USCIS Nebraska Service Center,   )
19                                  )
                  Defendants.       )
20 _____  )

21     Plaintiffs, by and through their attorney of record, and Defendants, by and through their

22 attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

23     1. Plaintiffs filed this action on or about May 16, 2008. Defendants' answer is currently due

24 on July 25, 2008.

25     2. Pursuant to this Court's May 16, 2008 Order Setting Initial Case Management Conference,

26 the parties are required to file a joint case management statement on August 15, 2008, and attend a

27 case management conference on August 22, 2008.

28     3. In order to allow sufficient time for USCIS to consider an alternative resolution to this case

Stipulation for Extension
C 08-2516 JSW                              1

1  and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask
2  this Court to extend the dates in the Court's scheduling order as follows:
3     Last day to file Defendants' Answer:                    August 15, 2008
4     Last day to file Joint ADR Certification:                 August 22, 2008
5     Last day to file/serve Joint Case Management Statement:  September 5, 2008
6     Case Management Conference:                       September 12, 2008, at 1:30 p.m.
7  Date: August 4, 2008                     Respectfully submitted,
8                                            JOSEPH P. RUSSONIELLO
                                          United States Attorney
10                                           _____/s/_____
                                          EDWARD A. OLSEN[1]
11                                           Assistant United States Attorney
                                          Attorneys for Defendants
12
13
14 Date: August 4, 2008                    _____/s/_____
                                          ROBERT B. JOBE
15                                           KATHERINE M. LEWIS
                                          Attorneys for Plaintiffs
16
17                                 **ORDER**
18    Pursuant to stipulation, IT IS SO ORDERED.
19
   Date:   August 5, 2008                    /s/ Jeffrey S. White
20                                           JEFFREY S. WHITE
                                          United States District Judge

---

[1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.