| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332 |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Assistant United States Attorney |
| 3 | Chief, Civil Division |
|   | EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055 |
|   | San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915 |
|   | FAX: (415) 436-6927 |
| 7 | |
|   | Attorneys for Defendants |
| 8 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| NARINDERJIT KHINDA, | ) | |
| RANJIT SINGH, | ) | No. C 08-2516 JSW |
|  | ) | |
| Plaintiffs, | ) | |
|  | ) | **PARTIES' JOINT REQUEST TO BE** |
| v. | ) | **EXEMPT FROM FORMAL ADR** |
|  | ) | **PROCESS** |
| MICHAEL CHERTOFF, Secretary, | ) | |
| Department of Homeland Security; | ) | |
| U.S. Citizenship and Immigration Services; | ) | |
| EMILIO T. GONZALEZ, Director, | ) | |
| U.S. Citizenship and Immigration; | ) | |
| GERARD HEINAUER, Director, | ) | |
| USCIS Nebraska Service Center, | ) | |
|  | ) | |
| Defendants. | ) | |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial in this immigration case. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.

Request for ADR Exemption
C 08-2516 JSW                                                    1

Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Date: August 29, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
EDWARD A. OLSEN[1]
Assistant United States Attorney
Attorneys for Defendants

Date: August 29, 2008

_____/s/_____
ROBERT B. JOBE
KATHERINE M. LEWIS
Attorneys for Plaintiffs

**ORDER**

Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process.

**SO ORDERED.**

Date: September 3, 2008

_____
JEFFREY S. WHITE
United States District Judge

---

[1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.