JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NARINDERJIT KHINDA; RANJIT SINGH, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF, Secretary, U.S. ) <br> Department of Homeland Security; U.S. ) <br> Citizenship and Immigration Services; ) <br> EMILIO T. GONZALEZ, Director, U.S. ) <br> Citizenship and Immigration Services; ) <br> GERARD HEINAUER, Director, USCIS ) <br> Nebraska Service Center, ) <br> ) <br> Defendants. ) | No. C 08-2516 JSW <br><br> **STIPULATION TO EXTEND DUE DATE OF GOVERNMENT'S OPPOSITION AND CROSS-MOTION FOR SUMMARY JUDGMENT; AND [PROPOSED] ORDER** |

    The plaintiffs, by and through their attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the due date of the government's opposition and cross-motion for summary judgment from October 17, 2008, to October 22, 2008, in light of discussions regarding USCIS' denial of the I-730 petition at issue in this case. The parties are not asking to extend any of the other dates in the Court's scheduling order.

STIPULATION TO EXTEND DUE DATE OF GOVERNMENT'S OPPOSITION
C 08-2516-JSW                                   1

| | | |
|---|---|---|
| DATED: October 16, 2008 | | Respectfully submitted, |
| | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| | | /s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney |
| DATED: October 16, 2008 | | /s/<br>ROBERT B. JOBE<br>Attorney for Plaintiffs |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. Plaintiffs' reply and opposition to the cross-motion remains due by October 31, 2008 and Defendants' reply in support of the cross-motion remains due by November 7, 2008.

Dated: October 17, 2008

_____
JEFFREY S. WHITE
United States District Judge

STIPULATION TO EXTEND DUE DATE OF GOVERNMENT'S OPPOSITION
C 08-2516-JSW          2