|   |   |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Chief, Civil Division |
| 3 | EDWARD A. OLSEN, CSBN 214150<br>Assistant United States Attorney |
| 4 |   |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-6915 |
| 6 | FAX: (415) 436-6927 |
| 7 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| NARINDERJIT KHINDA; RANJIT SINGH, | ) | No. C 08-2516 JSW |
|---|---|---|
| Plaintiffs, | ) |   |
| v. | ) |   |
| MICHAEL CHERTOFF, Secretary, U.S.<br>Department of Homeland Security; U.S.<br>Citizenship and Immigration Services;<br>EMILIO T. GONZALEZ, Director, U.S.<br>Citizenship and Immigration Services;<br>GERARD HEINAUER, Director, USCIS<br>Nebraska Service Center, | ) | **STIPULATION TO HOLD CASE IN ABEYANCE FOR TWO WEEKS ; AND [PROPOSED] ORDER** |
| Defendants. | ) |   |

The plaintiffs, by and through their attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to hold this case in abeyance for two weeks in light of the fact that the United States Citizenship and Immigration Services (USCIS) intends to approve the plaintiff's I-730 petition, subject to the completion of a successful fingerprint check of the beneficiary of the I-730 petition. The beneficiary has a fingerprint appointment on October 25, 2008, and USCIS expects to complete adjudication of the I-730 petition no later than October 31, 2008.

If USCIS approves the I-730 petition within two weeks, the parties will file a stipulation to

STIPULATION TO HOLD CASE IN ABEYANCE
C 08-2516-JSW                                                        1

dismiss with each party to bear its own costs and fees.  If, for some reason, USCIS does not approve the I-730 petition within two weeks, the following revised briefing schedule (the hearing date remains the same, however) will apply:

| | |
|---|---|
| Plaintiffs' Motion for Summary Judgment: | On File |
| Defendants' Opposition/Cross-Motion: | November 7, 2008 |
| Plaintiffs' Reply/Opposition: | November 14, 2008 |
| Defendants' Reply: | November 21, 2008 |
| Hearing: | December 5, 2008 |

DATED:  October 23, 2008                                  Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney

DATED:  October 23, 2008                                  /s/
ROBERT B. JOBE
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: October 27, 2008                                  _____
JEFFREY S. WHITE
United States District Judge

STIPULATION TO HOLD CASE IN ABEYANCE
C 08-2516-JSW                                                2