JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NARINDERJIT KHINDA; RANJIT SINGH, ) <br> ) <br>            Plaintiffs, ) <br> ) <br>       v. ) <br> ) <br> MICHAEL CHERTOFF, Secretary, U.S. ) <br> Department of Homeland Security; U.S. ) <br> Citizenship and Immigration Services; ) <br> EMILIO T. GONZALEZ, Director, U.S. ) <br> Citizenship and Immigration Services; ) <br> GERARD HEINAUER, Director, USCIS ) <br> Nebraska Service Center, ) <br> ) <br>            Defendants. ) | No. C 08-2516 JSW <br><br> **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

    The plaintiffs, by and through their attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above-entitled action in light of the fact that the United States Citizenship and Immigration Services (USCIS) has approved the I-730 petition that was the subject of this litigation.

    Each of the parties shall bear their own costs and fees.

STIPULATION TO DISMISS
C 08-2516-JSW                                   1

1 | DATED: October 28, 2008 | Respectfully submitted,
2 | | JOSEPH P. RUSSONIELLO
   | | United States Attorney
3 |
4 | | /s/
   | | EDWARD A. OLSEN
5 | | Assistant United States Attorney
6 |
7 | DATED: October 28, 2008 | /s/
8 | | ROBERT B. JOBE
   | | Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: October 28, 2008     _____
                            JEFFREY S. WHITE
                            United States District Judge

STIPULATION TO DISMISS
C 08-2516-JSW                              2